# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TCF INVENTORY FINANCE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:19-cv-6896 |
| v. ) | |
| ) | Honorable Elaine E. Bucklo |
| CACTUS RV CENTER, LLC, ) | |
| and ) | |
| TODD BARRON PERRY, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENTRY OF ORDER AND CONSENT JUDGMENT

Plaintiff TCF Inventory Finance, Inc. ("TCFIF") respectfully moves this Court for entry of a consent judgment in this case. In support thereof, TCFIF states as follows:

1. TCFIF, Cactus RV Center, LLC, and Todd Barron Perry (collectively, the "Parties") have agreed to the entry of a consent judgment in this case.

2. TCFIF requests entry of the Order and Consent Judgment agreed to by the Parties and attached hereto as Exhibit A.

WHEREFORE, Plaintiff, TCF Inventory Finance, Inc., respectfully requests that the Court enter an Order and Consent Judgment in this case in the form attached hereto as Exhibit A and grant such other and further relief as this Court deems proper.

**TCF Inventory Finance, Inc.,**

By: */s/ Holly H. Campbell*
One of its Attorneys

William R. Bay (6181670)
wbay@thompsoncoburn.com
Brian W. Hockett (6281854)
bhockett@thompsoncoburn.com
Thompson Coburn LLP

- 2 -

One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
FAX: (314) 552-7000

Holly H. Campbell (6320395)
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
(312) 346-7500
Fax: (312) 580-2201

*Attorneys for TCF Inventory Finance, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on June 29, 2020, I electronically filed the foregoing **Motion for Entry of Consent Judgment** with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                          */s/ Holly Campbell*